UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN RESENDIZ MEJIA,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>WARDEN, Otay Mesa Detention Center, et al.,<br><br>　　　　　　　　　　Respondents. | Case No.:  26-cv-2388-RSH-MSB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On April 15, 2026, petitioner German Resendiz Mejia filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner alleges that he has been unlawfully subjected to mandatory detention, and seeks his release or a bond hearing pursuant to 8 U.S.C. § 1226(a), at which the government bears the burden of showing by clear and convincing evidence that Petitioner is a flight risk or a danger to the community. *Id.* at 8.

On April 22, 2026, Respondents filed a return stating that they do not oppose the Petition. ECF No. 4 at 3. The same day, Petitioner filed a reply arguing that he should be released in lieu of a bond hearing. ECF No. 5.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for Petitioner before an immigration court within *seven (7) days* of this order, at

which the government bears the burden of showing by clear and convincing evidence that Petitioner is a flight risk or a danger to the community. The Court is not persuaded by the Petition that Petitioner is entitled to immediate release, and declines to order such relief. To the extent Petitioner seeks to recover attorneys' fees, he must file a noticed motion consistent with the Civil Local Rules of this district as well as the undersigned's Pretrial Civil Procedures.

**IT IS SO ORDERED**.

Dated: April 22, 2026

_Robert S Huie_
_____
Hon. Robert S. Huie
United States District Judge